UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:22-MJ-0428-JAG |
| vs. ) | |
| ) | |
| MORETTA ROSE JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Received Rule 5 papers from the United States District Court, District of Arizona, Flagstaff (22-4427-MJ-CDB).