# Flagstaff, Grand Canyon, Page & Kingman
## CASE SUMMARY

| | | | |
|---|---|---|---|
| ☐ INFORMATION | ☒ COMPLAINT | ☐ REDACTED | USAO No: 2022R04569 |
| ☒ Felony | ☐ Class A Misdemeanor | ☐ REDACTED | County: Mohave |
| | ☐ Class B or C Misdemeanor/Infraction (petty offense) | | D. Ct. No: CR-22-08092-PCT-DGC |
| | | | Magistrate Judge Camille D. Bibles Case No: |
| | | | Judge Bibles conflict: No |
| | | | Estimated Trial Time: |

USA vs. Johnson, Moretta Ros
(Last, First, Middle)

Deft No. 3

☐ JUVENILE
If Juvenile, give date of Birth:

DOB: [redacted]
LOCATION/ADDRESS (If in custody include attorney's address.)

**ISSUE NOTICE TO APPEAR**
☐ In Custody These Charges
☐ Released
☐ Other

**ISSUE SUMMONS**
☐

**ISSUE WARRANT**
☐ Other Custody/Detainer
X Fugitive

District Judge:
Magistrate Judge: Camille D. Bibles
Asst. U.S. Atty: Dimitra H. Sampson
Defendant's Atty:
Agent/Agency: SA Dawn Martin / FBI

Date of Arrest:
Date of IA:
Date of PH:
Date of DH:
Must be tried by:
Motion Deadline:
Trial Date Set For:

| USC: SECTION | OFFENSE | COUNT | PENALTY |
|---|---|---|---|
| 18:1512(c)(2) | Obstruction of Justice | 1 | up to 20 years and/or $250,000 |
| 18:1201(a)(1) (b) and (c) | Kidnapping | 2 | up to life and/or $250,000 fine |
| | | | |

DISTRIBUTION:      - Court File      - U.S. Attorney      - Defense Attorney      - Court Clerk