## UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
 ) Case No. 22-4427-MJ-CDB -03
Moretta Rose Johnson )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

The Court having determined that probable cause exists for the issuance of an arrest warrant,

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Moretta Rose Johnson**

who is accused of an offense or violation based on the following document filed with the court:

Indictment  Superseding Indictment  Information  Superseding Information  **X Complaint**
Probation Violation Petition  Supervised Release Violation Petition  Violation Notice  Order of the Court

These offense(s) are briefly described as follows:

Count 1: Title 18 U.S.C. § 1512(c)(2), Obstruction of Justice
Count 2: Title 18 U.S.C. § 1201(a)(1) (b) and (c), Kidnapping

Date/time: _____

City and state: Flagstaff, Arizona

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.12.01 18:19:28 -07'00'

*Issuing officer's signature*

HON. CAMILLLE D. BIBLES
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.
Date: _____.

_____
*Arresting officer's signature*

_____
*Printed name and title*


CC: USM & PTS